Jay B. Kasner
Scott D. Musoff
Robert A. Fumerton
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
FEDERAL HOUSING FINANCE AGENCY :
AS CONSERVATOR FOR THE FEDERAL :
NATIONAL MORTGAGE ASSOCIATION :
AND THE FEDERAL HOME LOAN :
MORTGAGE CORPORATION, :
:
                Plaintiff, :
:
        v. :
:
UBS AMERICAS INC., UBS REAL ESTATE :
SECURITIES INC., UBS SECURITIES, LLC, :
MORTGAGE ASSET SECURITIZATION :
TRANSACTIONS, INC., DAVID MARTIN, :
PER DYRVIK, HUGH CORCORAN, and :
PETER SLAGOWITZ, :
:
                Defendants. :
------------------------------- x

11 CIV 5201 (DLC)

**ECF Case**

**Electronically Filed**

## DEFENDANTS' NOTICE OF MOTION
## TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Complaint in the above-captioned action, dated September 2, 2011; the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint; the accompanying Declaration of Jay B. Kasner, dated December 2, 2011, and the exhibits thereto; and upon all prior papers and proceedings herein, Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage

Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz, by and through their undersigned counsel, will move this Court, before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, (a) for an Order pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint with prejudice and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       December 2, 2011

                                          SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

                                          /s/ Jay B. Kasner
                                          Jay B. Kasner (jay.kasner@skadden.com)
                                          Scott D. Musoff (scott.musoff@skadden.com)
                                          Robert A. Fumerton (robert.fumerton@skadden.com)
                                          Four Times Square
                                          New York, New York 10036
                                          (212) 735-3000

                                          *Attorneys for Defendants*


TO:    Philippe Z. Selendy (philippeselendy@quinnemanuel.com)
           Quinn Emanuel Urquhart & Sullivan, LLP
           51 Madison Avenue, 22nd Floor
           New York, New York 10010-1601
           (212) 849-7000

           *Attorneys for Plaintiff Federal*
            *Housing Finance Agency*