UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY  AS CONSERVATOR FOR THE FEDERAL  NATIONAL MORTGAGE ASSOCIATION  AND THE FEDERAL HOME LOAN  MORTGAGE CORPORATION, | 11 CIV 5201 (DLC)  **ECF Case** |
| Plaintiff, | **Electronically Filed** |
| v. | |
| UBS AMERICAS INC., UBS REAL ESTATE  SECURITIES INC., UBS SECURITIES, LLC,  MORTGAGE ASSET SECURITIZATION  TRANSACTIONS, INC., DAVID MARTIN,  PER DYRVIK, HUGH CORCORAN, and  PETER SLAGOWITZ, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## REPLY DECLARATION OF JAY B. KASNER IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Jay B. Kasner hereby declares as follows:

1. I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz (collectively, the "Defendants").

2. I respectfully submit this Reply Declaration in Further Support of Defendants' Motion to Dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6) to transmit to the Court true and correct copies of the documents described below.

3. <u>Exhibit 1</u> is a copy of Public Law No. 102-339, 106 Stat. 869, dated August 11, 1992;

4. <u>Exhibit 2</u> is an excerpted copy of House of Representatives Bill No. 1468, 111th Cong., dated March 12, 2009;

5. <u>Exhibit 3</u> is an excerpted copy of House of Representatives Bill No. 364, 112th Congress, dated January 20, 2011;

6. <u>Exhibit 4</u> is an excerpted copy of House of Representatives Bill No. 2563, 111th Congress, dated May 21, 2009;

7. <u>Exhibit 5</u> is an excerpted copy of House of Representatives Bill No. 3905, 105th Congress, dated May 20, 1998;

8. <u>Exhibit 6</u> is an excerpted copy of Senate Bill No. 5, 105th Congress, dated January 21, 1997;

9. <u>Exhibit 7</u> is an excerpted copy of House of Representatives Bill No. 896, 112th Congress, dated March 3, 2011;

10. <u>Exhibit 8</u> is an excerpted copy of House of Representatives Bill No. 1608, 111th Congress, dated March 19, 2009;

11. <u>Exhibit 9</u> is an excerpted copy of House of Representatives Bill No. 940, 107th Congress, dated March 8, 2001;

12. <u>Exhibit 10</u> is an excerpted copy of Senate Bill No. 2546, 105th Congress, dated October 2, 1998;

13. <u>Exhibit 11</u> is an excerpted copy of House of Representatives Bill No. 4375, 105th Congress, dated July 31, 1998;

14. <u>Exhibit 12</u> is an excerpted copy of Senate Bill No. 2236, 105th Congress, dated June 26, 1998;

15. <u>Exhibit 13</u> is an excerpted copy of Senate Bill No. 1415, 105th Congress, dated May 13, 1998;

16. <u>Exhibit 14</u> is an excerpted copy of Senate Bill No. 8, 105th Congress, dated May 19, 1998;

17. <u>Exhibit 15</u> is an excerpted copy of Senate Bill No. 648, 105th Congress, dated June 19, 1997;

18. <u>Exhibit 16</u> is an excerpted copy of House of Representatives Bill No. 3000, 105th Congress, dated November 9, 1997;

19. <u>Exhibit 17</u> is an excerpted copy of the Congressional Record, Proceedings and Debates of the 109th Congress, First Session, dated July 2005;

20. <u>Exhibit 18</u> is an excerpted copy of the Hearing on House of Representatives Bill No. 3509, 109th Congress, dated March 14, 2006; and

21. <u>Exhibit 19</u> is a copy of the second tentative decision issued in *National Credit Union Administration Board v. RBS Securities, Inc.*, No. CV 11-5887 (C.D. Cal.), on January 30, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2012.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jay B. Kasner
　　　　　　　　　　　　　　　　　　　　　　Jay B. Kasner