UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
Plaintiff,                                                           :
                                                                     :  11 Civ. 5201 (DLC)
v.                                                                   :
HSBC NORTH AMERICA HOLDINGS, INC., et al.,                           :
Defendants.                                                          :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
Plaintiff,                                                           :
                                                                     :  11 Civ. 6188 (DLC)
v.                                                                   :
JPMORGAN CHASE & CO., et al.,                                        :
Defendants.                                                          :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
Plaintiff,                                                           :
                                                                     :  11 Civ. 6189 (DLC)
v.                                                                   :
HSBC North America Holdings, Inc., et al.,                           :
Defendants.                                                          :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
Plaintiff,                                                           :
                                                                     :  11 Civ. 6190 (DLC)
v.                                                                   :
BARCLAYS BANK PLC, et al.,                                           :
Defendants.                                                          :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
Plaintiff,                                                           :
                                                                     :  11 Civ. 6192 (DLC)
v.                                                                   :
DEUTSCHE BANK AG, et al.,                                            :
Defendants.   :                                                      :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
Plaintiff,                                                           :
                                                                     :  11 Civ. 6193 (DLC)
v.                                                                   :
FIRST HORIZON NATIONAL CORP., et al.,                                :
Defendants.   :                                                      :
-------------------------------------------------------------------- x

|  |  |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, v. BANK OF AMERICA CORP., et al., Defendants. | 11 Civ. 6195 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, v. CITIGROUP INC., et al., Defendants. | 11 Civ. 6196 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, v. GOLDMAN, SACHS & CO., et al., Defendants. | 11 Civ. 6198 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, v. CREDIT SUISSE HOLDINGS (USA), INC., et al., Defendants. | 11 Civ. 6200 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, v. NOMURA HOLDING AMERICA, INC., et al., Defendants. | 11 Civ. 6201 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, v. MERRILL LYNCH & CO., INC., et al., Defendants. | 11 Civ. 6202 (DLC) |

| | | |
|---|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>v.<br>SG AMERICAS, INC., et al.,<br>Defendants.<br>------------------------------------------------------------------ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 6203 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>v.<br>MORGAN STANLEY, et al.,<br>Defendants.   :<br>------------------------------------------------------------------ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 6739 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>v.<br>ALLY FINANCIAL INC., et al.,<br>Defendants.   :<br>------------------------------------------------------------------ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 7010 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>v.<br>GENERAL ELECTRIC COMPANY, et al.,<br>Defendants.   :<br>------------------------------------------------------------------ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 7048 (DLC) |

## DEFENDANTS' SUPPLEMENTAL SUBMISSION REGARDING CERTAIN DEVELOPMENTS BEARING ON THE JUNE 6, 2012 RULE 26(f) JOINT REPORT

Defendants in the above-captioned actions ("Actions"), by and through their respective counsel, submit this supplemental submission to alert the Court to important developments bearing on certain issues identified in the parties' June 6, 2012 Rule 26(f) Joint Report and the parties' respective separate submissions.

In its separate Rule 26(f) Report, FHFA took the position that Defendants, as a group, should only be permitted to take up to 20 depositions in total of the GSEs and FHFA (FHFA Report at 3), despite the fact that in its original response to Defendants' First Set of Interrogatories on May 31, 2012, FHFA had already identified 32 GSE and FHFA employees with potential knowledge of the certificates at issue in the Actions. Yesterday, FHFA served its First Supplementation of Responses to Defendants' First Set of Interrogatories ("Supplemental Responses"), dated June 11, 2012, which identifies an **additional 36 individuals** with potentially relevant knowledge – increasing the number of individuals that *FHFA itself* deems may have relevant knowledge to **68**. (Plaintiff's Supplemental Responses are attached as Exhibit A.) This morning, FHFA identified 54 document custodians Plaintiff proposes to search, initially, for potentially relevant information. Meanwhile, Defendants have identified nearly **200 GSE employees** who may have knowledge relevant to the GSEs' purchase and analysis of the 449 securitizations in the Actions.[1] FHFA has refused to confirm that there are even 20 people who, in the aggregate, had knowledge of all 449 securitizations. These new disclosures confirm that there is no reasonable basis for the 20-deposition limit on GSE personnel and certain discovery time periods that FHFA has asked the Court to impose.

---

[1] None of these numbers includes any additional GSE employees who have knowledge regarding the originators at issue, whom FHFA refuses to identify.

Dated: New York, New York
       June 12, 2012

Respectfully submitted,


 /s/                                              /s/
David Potter (dpotter@lpgllp.com)                 Brad S. Karp (bkarp@paulweiss.com)
LAZARE, POTTER & GIACOVAS LLP                     Susanna M. Buergel (sbuergel@paulweiss.com)
950 Third Avenue                                  PAUL, WEISS, RIFKIND, WHARTON &
New York, NY  10022                               GARRISON LLP
                                                  1285 Avenue of the Americas
and                                               New York, NY  10019-6064

Jeffrey A. Lipps (lipps@carpenterlipps.com)       *Attorneys for Citigroup Inc., Citigroup*
Jennifer A.L. Battle                              *Mortgage Loan Trust Inc., Citigroup Global*
(battle@carpenterlipps.com)                       *Markets Realty Corp., Citigroup Global*
CARPENTER, LIPPS & LELAND LLP                     *Markets Inc., Susan Mills, Randall Costa, Scott*
280 Plaza, Suite 1300                             *Freidenrich, Richard A. Isenberg, Mark I.*
280 North High Street                             *Tsesarsky, Peter Patricola, Jeffrey Perlowitz*
Columbus, OH  43215                               *and Evelyn Echevarria*

*Attorneys for Ally Securities, LLC*


 /s/                                              /s/
Thomas C. Rice (trice@stblaw.com)                 Richard A. Spehr (rspehr@mayerbrown.com)
David J. Woll (dwoll@stblaw.com)                  Michael O. Ware (mware@mayerbrown.com)
Alan C. Turner (aturner@stblaw.com)               MAYER BROWN LLP
SIMPSON THACHER & BARTLETT LLP                    1675 Broadway
425 Lexington Avenue                              New York, NY  10019
New York, NY  10017-3954

*Attorneys for Defendants Deutsche Bank AG,*       *Attorneys for Defendants HSBC North America*
*Taunus Corporation, Deutsche Bank Securities*     *Holdings Inc., HSBC USA Inc., HSBC Markets*
*Inc , DB Structured Products, Inc., Ace*          *(USA) Inc., HSBC Bank USA, NA., HSI Asset*
*Securities Corp., Mortgage IT Securities Corp.*   *Securitization Corporation*

5

/s/_____
Jay B. Kasner (jay.kasner@skadden.com)
Thomas J. Nolan (thomas.nolan@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz*

/s/_____
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant RBS Securities Inc*

/s/_____
James R. Rouhandeh
Brian S. Weinstein
Daniel L. Schwartz
Nicholas N. George
Jane M. Morril
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield, and Steven S. Stern*

/s/_____
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

 /s/
Bruce Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006

*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett and Thomas J. Wageman*

 /s/
David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua Fritsch (fritschj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Barclays Capital Inc., Barclays Bank PLC, Securitized Asset Backed Receivables LLC, Paul Menefee, John Carroll, and Michael Wade*

 /s/
David Blatt (dblatt@wc.com)
John McNichols (jmcnichols@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Attorneys for Bank of America Corporation; Bank of America, N.A.; Asset Backed Funding Corp.; Banc of America Funding Corp.; Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Inc.*

 /s/
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, John P. Graham, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

| | |
|---|---|
|   /s/_____<br>Richard H. Klapper (klapperr@sullcrom.com)<br>Theodore Edelman (edelmant@sullcrom.com)<br>Michael T. Tomaino, Jr.<br>(tomainom@sullcrom.com)<br>Jordan T. Razza (razzaj@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, Mark Weiss* |   /s/_____<br>Bruce E. Clark (clarkb@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>Amanda F. Davidoff (davidoffa@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br><br>*Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca* |

  /s/
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
George Zimmerman
(george.zimmerman@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY  10036

*Attorneys for SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

  /s/
Greg A. Danilow (greg.danilow@weil.com)
Vernon Broderick
(vernon.broderick@weil.com)
WEIL, GOTSHAL, & MANGES LLP
767 Fifth Avenue, 25th Fl.
New York, NY  10153

*Attorneys for General Electric Company, General Electric Capital Services, Inc., GE Mortgage Holding, LLC, GE-WMC Securities, LLC*

  /s/
Richard A. Spehr (rspehr@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY  10019

*Attorneys for Ally Financial Inc. and GMAC Mortgage Group, Inc.*

  /s/
Sandra D. Hauser
(sandra.hauser@ snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Matthew Perkins*

9

| | |
|---|---|
| /s/<br>Daniel C. Zinman (dzinman@rkollp.com)<br>Neil S. Binder (nbinder@rkollp.com)<br>RICHARDS KIBBE & ORBE LLP<br>One World Financial Center<br>New York, NY  10281<br><br>*Attorneys for George C. Carp, Robert Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, and Antoine Schetritt; Matthew Whalen; Brian Sullivan; Michael McGovern; Donald Puglisi; Paul Park, and Donald Han* | /s/<br>Pamela Rogers Chepiga (pamela.chepiga@allenovery.com)<br>Josephine A. Cheatham (allie.cheatham@allenovery.com)<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>*Attorneys for Samuel L. Molinaro, Jr.* |
| /s/<br>Joel C. Haims (jhaims@mofo.com)<br>LaShann M. DeArcy (ldearcy@mofo.com)<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>*Attorneys for Tom Marano and Michael Nierenberg* | /s/<br>Dani R. James (djames@kramerlevin.com)<br>Jade A. Burns (jburns@kramerlevin.com)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>*Attorneys for Defendant Jeffrey L. Verschleiser* |

/s/
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata  (camaratac@gtlaw.com)
GREENBERG TAURIG, LLP
200 Park Avenue,
New York, NY 10166
Phone: 212-801-9200

*Attorneys for Defendant Jeffrey Mayer*