# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

Via Email

August 9, 2012

Hon. Denise L. Cote,
　　United States District Judge,
　　　　500 Pearl Street, Room 1610,
　　　　　　New York, New York 10007-1312.

| Per DLC Chambers, docket in: | |
|---|---|
| 11-cv-5201 | 11-cv-6188 |
| 11-cv-6189 | 11-cv-6190 |
| 11-cv-6192 | 11-cv-6193 |
| 11-cv-6195 | 11-cv-6196 |
| 11-cv-6198 | 11-cv-6200 |
| 11-cv-6201 | 11-cv-6202 |
| 11-cv-6203 | 11-cv-6739 |
| 11-cv-7010 | 11-cv-7048 |

　　　　　　　　　Re:　　FHFA Actions, No. 11 Civ. 05201, et al.

Dear Judge Cote:

　　　　　We write on behalf of Defendants in response to the Court's direction at the July 31, 2012 conference that the parties provide a status report and proposed orders with respect to loan file production by third parties.

　　　　　Defendants have been seeking to obtain loan files for the more than one million mortgages in the supporting loan groups backing the securities at issue in these actions.  Attached as Exhibit 1 is a chart reflecting the approximately 150 third-party subpoenas that Defendants have served since June 12 to 121 entities that may have possession of such loan files, including servicers, originators, trustees, and custodians. Defendants asked Plaintiff to join them in this effort, but, although Plaintiff bears the burden of proof, and despite the centrality of loan files to these cases, Plaintiff refused.

　　　　　Defendants first requested a list of loan files in Plaintiff's possession on June 29, 2012.  For the first time yesterday, Plaintiff advised Defendants that, while it has not assisted Defendants in obtaining loan files, it has amassed through administrative subpoenas or other means 106,000 loan files for these actions.  Late last night Plaintiff provided a list of those loan files and indicated that it "continues to receive loan files from third parties."[1]  Plaintiff still refuses to disclose, however, its outstanding administrative subpoenas (or informal requests) for relevant loan files, apparently with the intention that both parties pursue the same loan files simultaneously.[2]

　　　　　On an ongoing basis, Defendants are discussing with third parties their responses to Defendants' subpoenas.  Defendants consistently have encouraged and would welcome Plaintiff's participation in that process.  At the same time, we recognize

---

[1]  Defendants have provided or are providing to Plaintiff lists of relevant loan files (if any) in their possession.  Defendants have produced approximately 170,000 loan files to Plaintiff.  As of yesterday, Defendants had received 2,502 loan files from FHFA, solely in *UBS*, despite requesting loan files in May.

[2] For example, Plaintiff disclosed on August 7 that it was in the process of obtaining 24,400 loan files from an originator, Aegis.  (Ex. 2.)  Plaintiff made this disclosure only to obtain permission to disclose loan tapes that would enable Aegis to find additional files.  Defendants had served a subpoena on Aegis on August 6.

Hon. Denise L. Cote                                                               -2-

that producing large numbers of loan files related to loans made nearly a decade ago can take time.  Many of the third parties organize the files by loan identification number and cannot identify them by securitization.  For older loans, such as those at issue here, many third parties have only paper files.  Where that is the case, a subpoena recipient would have to locate and retrieve the loan file in a particular storage box in a warehouse, and scan the file—and repeat that manual process for each loan.  For some, it may not be possible to produce all loan files by September 30, 2012.  Defendants have no reason to believe today that any third party is unnecessarily delaying or refusing to produce loan files.  Defendants respectfully submit that it would be premature to require each of the 121 third parties to attend a conference concerning their loan file productions on August 30.

   To the extent that concern arises that any third parties are unreasonably delaying production, however, Defendants would appreciate the Court's assistance in securing completion of third-party loan file productions as soon as practicable.  Defendants therefore respectfully submit a proposed order (Exhibit 3) directing that:

1.  The parties exchange by August 13, 2012 (a) lists of all relevant loan files in their possession, custody or control, and (b) lists of all relevant loan files they have requested but not yet received outside formal discovery in these actions.

2.  The parties meet and confer regularly regarding the status of loan file production from third parties, and to prioritize loan file requests to third parties based on the information exchanges above and the trial tranches to which the files relate.

3.  The parties meet and confer regularly regarding the need to seek judicial assistance with respect to loan file productions from third parties, and seek such assistance promptly if needed.  A sample order is attached as Exhibit 4.

4.  The parties update the Court at the August 30, 2012 case management conference regarding the status of loan file productions by third parties.

   Defendants respectfully submit that these steps should precede any conference at which third parties are called upon to appear.  Of the 121 subpoena recipients, 101 are not within the S.D.N.Y.  Most received subpoenas during July and August, calling for files dating back many years.[3]  The parties can now narrow the subpoenas based on recently exchanged information.  The parties—rather than third parties and the Court—should do this initial work to focus disputes and expedite production.

---

[3] Identifying all relevant entities (some were replaced or became insolvent) and consolidating information to minimize serving multiple subpoenas on the same entity has taken some time.

Hon. Denise L. Cote                                                                                    -3-

                                               Respectfully submitted,

                                               /s/ Penny Shane

                                               Penny Shane

cc:     All Counsel of Record

# Exhibit 1

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| **Trustees & Custodians** | | | | | | | | |
| BNY Mellon | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | Loan Files | No | Bank of New York Mellon Corp., One Wall Street, New York, NY 10286 | Southern District of New York |
| Bank of New York Trust | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | Loan Files | No | Bank of New York Trust Co. c/o Bank of New York Mellon Trust Co. One Wall Street, New York, NY 10286 | Southern District of New York |
| Deutsche Bank National Trust Co. | UBS | Spears & Imes | 7/10/2012 | 7/26/2012 | Loan Files | No | Deutsche Bank National Trust Company 1761 E. St. Andrew Place Santa Ana, CA 92705 | Central District of California |
| HSBC Bank USA, N.A. | UBS | Spears & Imes | 7/10/2012 | 7/26/2012 | Loan Files | No | HSBC Bank USA, National Association 452 Fifth Ave. New York, NY 10018 | Southern District of New York |
| JPMorgan Chase Bank, N.A. | UBS | Spears & Imes | 7/10/2012 | 7/26/2012 | Loan Files | No | JPMorgan Chase Bank, National Association 270 Park Ave. New York, NY 10017 | Southern District of New York |
| JPMorgan Chase Bank, N.A. | CS | Dewey Pegno & Kramarsky | 8/6/2012 | 8/23/2012 | Loan Files | No | JP Morgan Chase Bank, NA C/O Dorothy J. Spenner Sidley Austin LLP 787 Seventh Ave., New York, New York, 10019 | Southern District of New York |
| LaSalle Bank c/o Bank of America Corp. | CS | Dewey Pegno & Kramarsky | 8/8/2012 | 8/22/2012 | Loan Files | No | LaSalle Bank C/O Bank of America Corp., Bank of America Corp. Center 100 North Tryon Street, Charlotte, N.C. 28255 | Western District of North Carolina |
| U.S. Bank, N.A. | UBS | Spears & Imes | 7/10/2012 | 7/26/2012 | Loan Files | No | U.S. Bank, National Association 60 Livingston Ave. St. Paul, MN 55107 | District of Minnesota |
| U.S. Bank, N.A. | DB | STB | 7/10/2012 | 7/27/2012 | Loan Files | No | US Bank National Association 425 Walnut Street, Floor 1, Cincinnati, OH 54202 | Southern District of Ohio |
| U.S. Bank | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | Loan Files | No | U.S. Bank/U.S. Bancorp C/O CT Corp. System, 111 Eighth Avenue, New York, New York 10011 | District of Minnesota |
| Wells Fargo Bank, N.A. | HSBC | Boise Schiller | 7/18/2012 | 8/1/2012 | Loan Files | No | Wells Fargo Corporation Service Company 2710 Gateway Oaks Dr. Ste. 150N Sacramento, CA 95833 | Northern District of California |
| Wells Fargo Bank, N.A. | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | Loan Files | No | Wells Fargo Bank, N.A., c/o Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA | Northern District of California |
| **Servicers** | | | | | | | | |
| Aurora Bank FSB | UBS | Spears & Imes | 6/12/2012 | 6/29/2012 | Loan Files | No | Aurora Bank FSB 1000 N. West Street, Suite 200 Wilmington, DE 19801 | District of Delaware |
| Aurora Bank FSB | GS | Cohen & Gresser | 7/11/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | Aurora Bank FSB 1000 N. West Street, Suite 200 Wilmington, DE 19801 | District of Delaware |

1

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| Bank of America, N.A. | GS | Cohen & Gresser | 7/19/2012 | 08/15/12 | loan files, servicing & performance docs | No | Bank of America, N.A. 100 North Tryon St., 18th Fl, Charlotte, North Carolina, 28255 | Western District of North Carolina |
| Bank of America, N.A. | UBS | Spears & Imes | 6/13/2012 | 6/29/2012 | Loan Files | No | Bank of America, N.A. 101 S. Tryon St. Charlotte, NC 28255 | Western District of North Carolina |
| Capital One, N.A. | UBS | Spears & Imes | 6/13/2012 | 6/29/2012 | Loan Files | No | Capital one, N.A. 4851 Cox Rd. Glen Allen, VA 23060 | Eastern District of Virginia |
| Capital One, N.A. | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | | Capital One, N.A., Attn: 12070-7000, 15000 Capital One Drive, Richmond, Va. 23238-1119 | Eastern District of Virginia |
| Carrington Mortgage Services, LLC | DB | Brune & Richard LLP | 7/11/2012 | 7/25/2012 | loan files, u/w, servicing & performance docs | No | Orange County Process 295 Broadway Costa Mesa, CA 92627 | Central District of California |
| Chase Home Finance | UBS | Spears & Imes | 6/12/2012 | 6/29/2012 | Loan Files | No | Chase Home Finance, LLC c/o The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 | District of Delaware |
| CitiMortgage Inc. | CS | Cooley | 8/3/2012 | 8/17/2012 | loan files, u/w, servicing & performance docs | No | CitiMortgage, Inc., c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP 1000 Technology Dr., O'Fallon, MO 63368, | Southern District of New York |
| Countrywide Home Loans Inc. | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | No | Countrywide Home Loans, Inc. c/o John B. Daukas, Goodwin Procter LLP, 53 State Street, Boston, MA 02109 | Central District of California |
| EverBank | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | No | EverBank, 501 Riverside Ave., Jacksonville, FL 32202 | Middle District of Florida |
| Fifth Third Bank | CS | Dewey Pegno & Kramarsky | 8/8/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | No | Fifth Third Bank, 5050 Kingsley Drive, MD 1 MOC2Q, Cincinnati, OH 45623, Attn: Cat Harpen | Southern District of Ohio |
| Greenpoint Mortgage Funding Inc. | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | No | Greenpoint Mortgage Funding, Inc., 1680 Capital One Drive McLean, Virginia 22102 | Eastern District of Virginia |
| HSBC Bank U.S.A, N.A. | CS | Dewey Pegno & Kramarsky | 8/3/2012 | 8/17/2012 | loan files, u/w, servicing & performance docs | No | HSBC Bank U.S.A., N.A., c/o Mayer Brown LLP 1800 Tysons Blvd, Suite 50, McLean Va. 22101 | Eastern District of Virginia |
| Home Loan Services, Inc. f/k/a National City Home Loan Services, Inc. | HSBC | Boies Schiller | 8/8/2012 | 8/27/2012 | loan files, u/w, servicing & performance docs | No | Home Loan Services, Inc. f/k/a National City Home Loan Services, Inc. c/o Elizabeth Vicens Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 | Southern District of New York |

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| **Home Loan Services, Inc. f/k/a National City Home Loan Services, Inc.** | GS | Cohen & Gresser | 7/13/2012 | 8/6/2012 | loan files, u/w, servicing & performance docs | No | Home Loan Services, Inc. f/kla National City Home Loan Services, Inc. c/o The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 | District of Delaware |
| **Homecomings Financial Network Inc.** | CS | Dewey Pegno & Kramarsky | 8/7/2012 | 8/21/2012 | loan files, u/w, servicing & performance docs | No | HomeComings Financial Network, Inc. C/O GMAC ResCap Inc., Attn: Service of Process, 8400 Normandale Lake Boulevard, Suite 350, Minneapolis, MN 55437 | District of Minnesota |
| **Homeward Residential, Inc. f/k/a American Home Mortgage Servicing Inc.** | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, In 1525 Beltline Rd. Coppell, TX 75019 | Northern District of Texas |
| **Homeward Residential, Inc. f/k/a American Home Mortgage Servicing Inc.** | UBS | Spears & Imes | 6/12/2012 | 6/29/2012 | Loan Files | No | American Home Mortgage Servicing, Inc. a/k/a Homeward Residential c/o C T Corporation System 111 8th Ave. New York, NY 10011 | Southern District of New York |
| **JPMorgan Chase Bank, N.A.** | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | JPMorgan Chase Bank, N.A. 270 Park Avenue New York, NY 10017 | Southern District of New York |
| **JPMorgan Chase Bank, N.A.** | CS | Dewey Pegno & Kramarsky | 8/6/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | No | J.P. Morgan Chase Bank, N.A. C/O Dorothy J. Spenner Sidley Austin LLP 787 Seventh Ave., New York, New York, 10019 | Southern District of New York |
| **Midland Mortgage** | DB | Brune & Richard LLP | 7/11/2012 | 7/25/2012 | loan files, u/w, servicing & performance docs | No | Midland Mortgage MidFirst Plaza, 501 NW Grand, Suite 600 Oklahoma City, OK 73126 | Western District of Oklahoma |
| **Nationstar Mortgage LLC** | UBS | Spears & Imes | 6/12/2012 | 6/29/2012 | Loan Files | No | Nationstar Mortgage, LLC c/o Corporation Service Company 2711 Centerville Rd., Ste. 400 Wilmington, DE 19808 | District of Delaware |
| **Nationstar Mortgage LLC** | CS | Dewey Pegno & Kramarsky | 8/3/2012 | 8/17/2012 | loan files, u/w, servicing & performance docs | No | Nationstar Mortgage LLC, C/O Corporation Service Company, 80 State Street, Albany, New York, 12207 | Northern District of New York |
| **Nationstar Mortgage LLC** | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 08/23/12 | loan files, u/w, servicing & performance docs | No | Nationstar Mortgage LLC, 350 Highland Drive Lewisville, Texas 75067 | Eastern District of Texas |
| **Navy Federal Credit Union** | UBS | Spears & Imes | 6/12/2012 | 6/29/2012 | Loan Files | Yes | Navy Federal Credit Union 820 Follin Lane Vienna, VA 22180 | Eastern District of Virginia |
| **Ocwen Loan Servicing, LLC** | UBS | Spears & Imes | 6/13/2012 | 6/29/2012 | Loan Files | No | Ocwen Loan Servicing, LLC c/o Corporation Service Company 80 State St. Albany, NY 12207 | Northern District of New York |

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| Ocwen Loan Servicing, LLC | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | Ocwen Loan Servicing, LLC 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409 | Southern District of Florida |
| One West Bank | UBS | Spears & Imes | 6/12/2012 | 6/29/2012 | Loan Files | No | One West Bank FSB 888 E. Walnut St. Pasadena, CA 91101 | Central District of California |
| One West Bank | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | One West Bank 888 East Walnut Street Pasadena, CA 91101 | Central District of California |
| Option One Mortgage Corp. n/k/a Sand Canyon Corp. | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | No | Option One Mortgage Corp., N/K/A Sand Canyon Corporation/7595 Irvine Center Drive, Suite 100 Irvine, California 92618 | Central District of California |
| PHH Mortgage Corporation | UBS | Spears & Imes | 6/13/2012 | 6/29/2012 | Loan Files | No | PHH Mortgage Corporation c/o Corporation Service Company 80 State St. Albany, NY 12207 | Northern District of New York |
| PHH Mortgage Corporation | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | Yes | PHH Mortgage Corporation 3000 Leadenhall Road Mount Laurel, NJ 08054 | Southern District of New York |
| PNC Bank, N.A. | UBS | Spears & Imes | 6/13/2012 | 6/29/2012 | Loan Files | Yes | PNC Bank, N.A. 222 Delaware Ave. Wilmington, DE 19899 | District of Delaware |
| PNC Bank, N.A. | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | PNC Bank, N.A. One PNC Plaza 249 Fifth Avenue Pittsburgh, P.A 15265 | Western District of Pennsylvania |
| Provident Funding Associates LLP | UBS | Spears & Imes | 6/12/2012 | 6/29/2012 | Loan Files | Yes | Provident Funding Associates, LP c/o Corporation Service Company 80 State St. Albany, NY 12207 | Northern District of New York |
| Saxon Mortgage Services, Inc. | DB | Brune & Richard | 7/11/2012 | 7/25/2012 | loan files, u/w, servicing & performance docs | No | Saxon Mortgage Services, Inc. 4708 Mercantile Drive North Foth Worth, TX 76137-3605 | Northern District of Texas |
| Select Portfolio Servicing, Inc. | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | Select Portfolio Servicing, Inc. 3815 South West Temple Salt Lake City, UT 84115 | District of Utah |
| Suntrust Mortgage, Inc. | UBS | Spears & Imes | 6/13/2012 | 6/29/2012 | Loan Files | No | Suntrust Mortgage, Inc. c/o Corporation Service Company 80 State st. Albany, NY 12207 | Northern District of New York |
| Wachovia Mortgage Corp. n/k/a Wells Fargo Bank | CS | Dewey Pegno & Kramarsky | 8/9/2012 | 8/23/2012 | loan files, u/w, servicing & performance docs | No | Wachovia Mortgage Corp., n/k/a Wells Fargo Bank, c/o Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA | Northern District of California |
| Wells Fargo | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | Wells Fargo 420 Montgomery Street San Francisco, CA 94104 | Northern District of California |
| Wells Fargo Bank, N.A. | UBS | Spears & Imes | 6/13/2012 | 6/29/2012 | Loan Files | No | Wells Fargo Bank, N.A. 101 N. Phillips St. Sioux Falls, SD 57104 | District of South Dakota |

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| **Wells Fargo Bank, N.A.** | GS | Cohen & Gresser | 7/9/2012 | 7/30/2012 | loan files, u/w, servicing & performance docs | No | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104 | Northern District of California |
| **Originators** | | | | | | | | |
| **Aames Capital Corp.** | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Aames Capital Corp.<br>350 South Grand Avenue<br>43rd Floor<br>Los Angeles, CA 90071 | Central District of California |
| **Accredited Home Lenders, Inc.** | HSBC | Boies Schiller | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Accredited Home Lenders, Inc.<br>c/o James Ransom<br>9915 Mira Mesa Blvd.<br>Suite 100<br>San Diego, CA 92131 | Southern District of California |
| **Aegis Mortgage Corp.** | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Aegis Mortgage Corp.<br>11200 Westheimer Road<br>Suite 900<br>Houston, TX 77042-3229 | Southern District of Texas |
| **AHM SV** | BoA/ML | — | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | AHM SV, Inc.<br>c/o Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 | Northern District of New York |
| **Alliance Bankshares Corp. (as successor-in-interest to Alliance Mortgage Banking Corp.)** | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Alliance Bankshares Corp. (as successor-in-interest to Alliance Mortgage Banking Corp.)<br>14200 Park Meadow Drive<br>Suite 200 South<br>Chantilly, Virginia 20 151 | Eastern District of Virginia |
| **Allstate Home Loans, Inc.** | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Allstate Home Loans, Inc.<br>3858 Campus Dr. #214<br>Newport Beach, CA 92660 | Central District of California |
| **American Home Equity Corp.** | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | American Home Equity Corp<br>c/o Alan Pott<br>2321 E. 4th St.,<br>Suite C<br>Santa Ana, CA 92705 | Central District of California |
| **American Home Mortgage Investment Corp.** | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | American Home Mortgage Investment Corp.<br>5538 Broadhollow Road<br>Melville, New York 11747 | Southern District of New York |
| **American Lending Group, Inc.** | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | American Lending Group, Inc.<br>4260 Shoreline Drive<br>Earth City, MO 63045 | Eastern District of Missouri |
| **Americorp Credit Corp.** | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Americorp Credit Corp.<br>40925 County Center Drive Ste. 200<br>Temecula, CA 92590 | Southern District of New York |
| **Amerimortgage, LLC** | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Amerimortgage, LLC<br>C/0 Sanford Wilk<br>1357 Broadway<br>Mailstop 409<br>New York, NY 10018 | Southern District of New York |
| **Ameriquest Mortgage Co.** | BoA/ML | STB | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Ameriquest Mortgage Co.<br>c/o National Registered Agents, Inc.<br>111 Eighth Avenue<br>New York, NY 10011 | Southern District of New York |

5

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| **Ameritrust Mortgage Co. LLC** | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Ameritrust Mortgage Co. LLC 15009 Lancaster Highway Charlotte, NC 28277 | Western District of North Carolina |
| **Argent Mortgage Co., LLC n/k/a CitiMortgage** | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Argent Mortgage Company, LLC n/k/a CitiMortgage, Inc. 1000 Technology Drive O'Fallon, MO 63368 | Eastern District of Missouri |
| **Atlantic Pacific Mortgage Corp.** | | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Atlantic Pacific Mortgage Corporation 302 Fellowship Rd., Ste. 110 Mt. Laurel, NJ 08054 | Southern District of New York |
| **Bayrock Mortgage Corp.** | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'n | No | Bayrock Mortgage Corp. 113 80 Southbridge Parkway Alpharetta, GA 30022 | Northern District of Georgia |
| **BM Real Estate Services, Inc.** | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | BM Real Estate Services, Inc. 5016 North Parkway Calabasas, Suite 200 Calabasas, CA 91302 | Central District of California |
| **Bridgefield Mortgage Corporation f/k/a ResMAE Mortgage Corporation** | DB | Brune & Richard LLP | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Bridgefield Mortgage Corporation f/k/a ResMAE Mortgage Corporation c/o CT Corporation System 208 LaSalle St., Suite 814 Chicago, IL 60604 | Northern District of Illinois |
| **Cameron Financial Group, Inc.** | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'n | No | Cameron Financial Group, Inc. 950 Los Osos Valley Road, #B San Luis Obispo, CA 93402 | Central District of California |
| **Cendant Mortgage Corp., n/k/a PHH Mortgage Corp.** | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Cendant Mortgage Corporation n/k/a PHH Mortgage Corporation 1 Mortgage Way Mount Laurel, NJ 08054 | District of New Jersey |
| **Centennial Mortgage & Funding, Inc.** | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'n | No | Centennial Mortgage & Funding, Inc. 250 Prairie Ctr. Dr., Suite #100 Eden Prairie, MN 55344 | District of Minnesota |
| **Chevy Chase Bank, FSB n/k/a Capital One Bank c/o Capital One, N.A.** | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Chevy Chase Bank, F.S.B. n/k/a Capital One Bank c/o Capital One, National Association 1680 Capital One Drive McLean, VA 22101 | Eastern District of Virginia |
| **Christopher E. Hobson, Inc. n/k/a Greenberry Financial Services, Inc.** | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Christopher E. Hobson, Inc. NIKI A Greenberry Financial Services, Inc. 5020 Campus Dr. Newport Beach, CA 92660 | Central District of California |
| **CIT Group, Inc.** | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'n | No | CIT Group, Inc. 11 West 42nd Street New York, NY 10036 | Southern District of New York |
| **Countrywide Home Loans, Inc.** | HSBC | Boies Schiller | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Countrywide Home Loans, Inc. c/o John Daukas Goodwin Procter LLP 53 State Street Boston, MA 02109 | District of Massachusetts |
| **Credit Northeast Inc.** | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Credit Northeast inc. 815 Reservoir Avenue Cranston, RI 02910 | Southern District of New York |

6

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| Crescent Mortgage Co. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Crescent Mortgage Company 5901 Peachtree Dunwoody Road NE Building C, Suite 250 Atlanta, GA 30328 | Northern District of Georgia |
| CUNA Mutual Mortgage Corp. c/o PHH Mo | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | CUNA Mutual Mortgage Corp. c/o PHH Mortgage Corporation 1 Mortgage Way Mount Laurel, NJ 08054 | District of New Jersey |
| DAS Acquisition Co. | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | DAS Acquisition Company, LLC C/O Albert Watkins 7800 Forsyth Boulevard, Ste. 700 Clayton, MO 63105 | Eastern District of Missouri |
| Decision One Mortgage Co., LLC | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Decision One Mortgage Co., LLC c/o Mayer Brown LLP 71 South Wacker Drive Chicago, IL 60606 | Northern District of Illinois |
| DHI Mortgage Co. Ltd. | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | DHI Mortgage Co. Ltd. 12554 Riata Vista Circle 1st Floor Austin, TX 78727 | Western District of Texas |
| Downey Savings and Loan Association c/o | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Downey Savings and Loan Association, F.A c/o U.S. Bank, National Association 60 Livingston Avenue St. Paul, MN 550107 | District of Minnesota |
| ECC Capital Corporation | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | ECC Capital Corporation 2600 East Coast Highway Suite 250 Corona Del Mar, CA 92625 | Central District of California |
| Fairmont | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Fairmont Funding, Ltd. 1333 60th Street Brooklyn, NY 11219 | Eastern District of New York |
| First Banc Mortgage | Davis Polk | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | First Banc Mortgage LLC C/O Annette Carson 11901 Olive Blvd. Creve Coeur, MO 63141 | Eastern District of Missouri |
| First Franklin | HSBC | Boies Schiller | 8/8/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | First Franklin c/o Elizabeth Vicens Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 | Southern District of New York |
| First Franklin Financial Corp. | HSBC | Boies Schiller | 8/8/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | First Franklin Financial Corp. c/o Elizabeth Vicens Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 | Southern District of New York |
| First Home Mortgage | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | First Home Mortgage Corporation C/O CT Corporation System 111 Eighth A venue New York, NY 10011 | Southern District of New York |
| First Horizon Loan Corp. c/o First Tennessee Bank, N.A. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | First Horizon Home Loan Corporation c/o First Tennessee Bank, National Association 165 Madison Avenue Memphis, TN 38103 | Western District of Tennessee |

7

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| First NLC Financial Services, LLC | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'n | No | First NLC Financial Services, LLC 4680 Conference Way South Boca Raton, Florida 33431 | Southern District of Florida |
| First Street Financial, Inc. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | First Street Financial, Inc. 7 Corporation park Drive, Suite 200 Irvine, CA 92606 | Central District of California |
| FMF Capital LLC | BoA/ML | — | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | FMF Capital LLC c/o CT Corporation System 111 Eighth A venue New York, NY 10011 | Southern District of New York |
| Franklin Bank SSB c/o Prosperity Bank | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Franklin Bank, S.S.B. c/o Prosperity Bank 1301 North Mechanic El Campo, TX 77437 | Eastern District of Texas |
| Fremont Investment & Loan c/o Signature Group Holdings, Inc. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Fremont Investment & Loan c/o Signature Group Holdings, Inc. 15303 Ventura Boulevard, Suite 1600 Sherman Oaks, CA 91403 | Central District of California |
| Greenlight Financial Services, Inc. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Greenlight Financial Services, Inc. 18200 Von Karman Avenue, Suite 300 Irvine, CA 92612 | Central District of California |
| Greenpoint Mortgage Funding, Inc. | BoA/ML | — | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Greenpoint Mortgage Funding, Inc. c/o Corporation Service Co. 80 State Street Albany, NY 12207 | Northern District of New York |
| Homebridge Mortgage Bankers Corp. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | Homebridge Mortgage Bankers Corp. 60 Oak Drive Syosset, NY 11 791 | Eastern District of New York |
| Homecomings Financial LLC | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'n | No | Homecomings Financial LLC 8400 Normandale Lake Boulevard Suite 350 Bloomington, MN 55437 | District of Minnesota |
| Home Loan Center, Inc. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Home Loan Center 163 Technology Drive Irvine, CA 92618 | Central District of California |
| Home Loan Corp. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Home Loan Corp. 11510 N. Community House Road, Suite 200 Charlotte, NC 28277 | Central District of North Carolina |
| Impac Funding Corp. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'n | No | Impac Funding Corp. 19500 Jamboree Rd. Irvine CA, 92612-2401 | Central District of California |
| IndyMac | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'n | No | IndyMac Bank, F.S.B. n/k/a One West Bank, F.S.B. 888 East Walnut Street Pasadena, CA 91101 | Central District of California |
| Liberty Financial | Morgan Stanley | Spears & Imes | 8/7/2012 | 8/22/2012 | loan files, u/w guidelines & GSE comm'n | No | Liberty Financial Mortgage Group, Inc. C/0 National Registered Agents, Inc. 875 Avenue ofthe Americas Suite 501 New York, NY 10001 | Southern District of New York |
| Lownhome Financial Holdings, LLC | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'n | No | Lownhome Financial Holdings, LLC 2055 Gateway Place, Suite 700 San Jose, CA 95110 | Northern District of California |

8

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| Mega Capital Funding, Inc. | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Mega Capital Funding, Inc. 500 N. Parkway Calabasas Calabasas, CA 91302 | Central District of California |
| Metropolitan National Bank Mortgage Co., LLC | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Metropolitan National Bank Mortgage Company LLC 99 Park Avenue 4th Floor New York, NY 10016 | Southern District of New York |
| Mid-Atlantic Financial Services, Inc. | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Mid-Atlantic Financial Services, Inc. 3640 Mere Lane Marietta, GA 30062 | Northern District of Georgia |
| Millenium Bank | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Millenium Bank, N.A. 21430 Cedar Drive, Ste. 200 Sterling, VA 20164 | Eastern District of Virginia |
| Mortgage Access Corp.c/o Corporation Ser | BoA/ML | -- | 8/7/2012 | 8/27/2012 | loan files, u/w guidelines & GSE comm'c'n | No | Mortgage Access Corp. c/o Corporation Service Co. 80 State Street Albany, NY 12207 | Northern District of New York |
| Mortgage Capital Associates | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Mortgage Capital Associates 11150 W. Olympic Blvd., Suite 1160 Los Angeles, CA 90064 | Central District of California |
| Mortgage Lenders Network USA, Inc. | BoA/ML | -- | 8/7/2012 | 8/27/2012 | loan files, u/w guidelines & GSE comm'c'n | No | Mortgage Lenders Network USA, Inc. c/o Richard G. Della Ratta 147 Barrett St Schenectady, NY 12305 | Northern District of New York |
| Mutual of Omaha Insurance Co. | BoA/ML | -- | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Mutual of Omaha Insurance Co. c/o General Counsel Mutual of Omaha Plaza Omaha, NE 68175 | District of Nebraska |
| National City Mortgage n/k/a PNC Mortgage, Inc. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | National City Mortgage, Inc. n/k/a PNC Mortgage, Inc. 3232 Newmark Drive Miamisburg, OH 45342 | Southern District of Ohio |
| Nations Home Loan Lending Center | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Nations Home Lending 7509 NW Tiffany Springs Pkwy Suite 300 Kansas City, MO 64153-1590 | Western District of Missouri |
| Nationstar Mortgage LLC | BoA/ML | -- | 8/6/2012 | 08/27/12 | loan files, s/w, servicing & performance docs | No | Nationstar Mortgage LLC c/o Corporation Service Co. 80 State Street Albany, NY 12207 | Northern District of New York |
| Network Funding | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Network Funding USA 565 Hall Ct. Havre De Grace, MD 21078-4261 | District of Maryland |
| New Century | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Alan M. Jacobs, As Liquidating Trustee for the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation AMJ Advisors 999 Central Avenue Suite 208 Woodmere, NY 11598 | Southern District of New York |

9

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| New Freedom Mortgage Corp. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | New Freedom Mortgage Corp. 2363 S. Foothill Dr. Salt Lake City, UT 84109 | District of Utah |
| Nexstar Financial Corporation | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Nexstar Financial Corporation 19 Research Park Court Saint Charles, MO 63304 | Eastern District of Missouri |
| Novastar Mortgage, Inc. | BofA | -- | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Novastar Mortgage, Inc. 2114 Central Street, Suite 600 Kansas City, MO 64108 | Western District of Missouri |
| Olympia West Mortgage Group | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Olympia West Mortgage Group 1950 Old Gallows rd, Suite 800 Vienna, VA 22182-3990 | Eastern District of Virginia |
| Option One Mortgage Corp. | HSBC | Boies Schiller | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Option One Mortgage Corp. n/k/a Sand Canyon Corp. c/o CT Corporation System 111 Eighth Ave. New York, NY 10011 | Southern District of New York |
| Orchid Island TRS LLC f/k/a Opteum Financial Services, LLC c/o Corporation Service Co. | BoA/ML | -- | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Orchid Island TRS LLC f/k/a Opteum Financial Services, LLC c/o Corporation Service Co. 80 State Street Albany, NY 12207 | Northern District of New York |
| People's Choice Home Loans, Inc. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | People's Choice Home Loans, Inc. 7515 Irvine Center dr. Irvine, CA 92618-2930 | Central District of California |
| Pinnacle Financial Corporation | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Pinnacle Financial Corporation 2611 Technology Drive Orlando, FL 32804 | Middle District of Florida |
| Platinum Mortgage | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Platinum Capital Group 3500 Sepulveda Boulevard, Suite E Manhattan Beach, CA 90266 | Central District of California |
| Plaza Home Mortgage | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Plaza Home Mortgage 4820 Eastgate Mall # 100 San Diego, CA 92121 | Southern District of California |
| PMC Bancorp. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | PMC Bancorp 17800 Castleton St., Suite 488 City of Industry, CA 91748 | Central District of California |
| Point Bank | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE comm'c'n | No | Point Bank P.O. Box 278 Pilot Point, TX 76258 | Eastern District of Texas |
| Prospect Mortgage, LLC (as successor-in-interest to Acoustic Home Loans, LLC) | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Prospect Mortgage, LLC (as successor-in-interest to Acoustic Home Loans, LLC) 15301 Ventura Boulevard, Suite D300 Sherman Oaks, CA 91403 | Central District of California |
| Prospect Mortgage LLC (as successor-in-interest to Fidelity & Trust Mortgage, Inc.) | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE comm'c'n | No | Prospect Mortgage LLC (as successor-in-interest to Fidelity & Trust Mortgage, Inc.) 15301 Ventura Boulevard, Suite D300 Sherman Oaks, CA 91403 | Central District of California |
| Provident Funding Associates, LP | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE comm'c'n | No | Provident Funding Associates, LP. 1633 Bayshore Highway, Suite 155 Burlingame, CA 94010 | Northern District of California |

10

Loan File Requests and Subpoenas
FHFA Actions, 11-cv-5201, et al.

| Entity Served | Serving Entity | Requesting Counsel | Date of Request or Service | Return Date | Summary of Docs Requested | Loan Files Produced | Service Address | Jurisdiction for Subpoena Issued or to be Issued, if Necessary |
|---|---|---|---|---|---|---|---|---|
| Quicken Loans, Inc. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE commc'n | No | Quicken Loans, Inc.<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Eastern District of Michigan |
| Residential Funding Company, LLC | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE commc'n | No | Residential Funding Company, LLC<br>8400 Normandale Lake Boulevard<br>Suite 350<br>Bloomington, MN 55437 | District of Minnesota |
| SCME Mortgage Bankers | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE commc'n | No | SCME Mortgage Bankers<br>6265 Greenwich Drive, Suite 140<br>San Diego, CA 92122 | Southern District of California |
| Sea Breeze Financial Services, Inc. | DB | STB | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE commc'n | No | Sea Breeze Financial Services, Inc.<br>5161 California Avenue, Suite 250<br>Irvine, CA 92612 | Central District of California |
| Sierra Pacific Mortgage Co., Inc. | Morgan Stanley | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE commc'n | No | Sierra Pacific Mortgage Company, Inc.<br>C/0 National Registered Agents, Inc.<br>2875 Michelle Dr., Ste. 100<br>Irvine, CA 92606 | Central District of California |
| Silver Queen Financial Services, Inc. (as successor-in-interest to Colorado Federal Savings Bank) | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE commc'n | No | Silver Queen Financial Services, Inc. (as successor-in-interest to Colorado Federal Savings Bank)<br>8400 E Prentice Ave - Suite 545<br>Greenwood Village, CO 80111 | District of Colorado |
| Silver State Mortgage | GS | Cohen & Gresser | 8/8/2012 | 08/28/12 | loan files, u/w guidelines & GSE commc'n | No | Silver State Mortgage<br>2250 Corporate Circle<br>Suite 320<br>Henderson, NV 89074 | District of Nevada |
| Southstar Funding, LLC | GS | Cohen & Gresser | 8/7/2012 | 08/28/12 | loan files, u/w guidelines & GSE commc'n | No | SouthStar Funding, LLC<br>400 Northridge Road - Suite 1000<br>Atlanta, GA 30350 | Northern District of Georgia |
| SunTrust Mortgage, Inc. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE commc'n | No | Suntrust Mortgage, Inc.<br>901 Semmes Avenue<br>Richmond, VA 23224 | Eastern District of Virginia |
| Virtual Bank c/o Sabadell United Bank, N.A. | UBS | Spears & Imes | 8/7/2012 | 08/22/12 | loan files, u/w guidelines & GSE commc'n | No | Virtual Bank<br>c/o Sabadell United Bank, National Association<br>1111 Brickell A venue<br>Miami, FL 33131 | Southern District of Florida |
| Wells Fargo Bank | HSBC | Boies Schiller | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE commc'n | No | Wells Fargo Bank, N.A.<br>c/o Corporation Service Company<br>2730 Gateway Oaks Dr. Ste. 150N<br>Sacramento, CA 95833 | Eastern District of California |
| Wilmington Finance, Inc. c/o Corporation Service Co. | BoA/ML | — | 8/7/2012 | 08/27/12 | loan files, u/w guidelines & GSE commc'n | No | Wilmington Finance, Inc.<br>c/o CT Corporation System<br>III Eighth A venue<br>New York, NY 10011 | Southern District of New York |
| WMC Mortgage | HSBC | Boies Schiller | 8/6/2012 | 08/27/12 | loan files, u/w guidelines & GSE commc'n | No | WMC Mortgage Corp.<br>c/o Megan B. Poetzel<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654 | Northern District of Illinois |

# Exhibit 2

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

KANCHANA WANGKEO LEUNG
DIRECT DIAL: 212-506-1805
KLEUNG@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

August 7, 2012

**BY EMAIL**

Counsel in Appendix A

> Re:   FHFA Coordinated Actions, 11 Civ. 6188, 11 Civ. 6192, 11 Civ. 6198, 11 Civ.
> 6200, 11 Civ. 6201, 11 Civ. 6202, 11 Civ. 6739, 11 Civ. 7010

Dear Counsel:

We write on behalf of plaintiff Federal Housing Finance Agency ("FHFA") to request your consent to disclose to Aegis Mortgage Corp. ("Aegis") certain confidential non-party borrower information contained in loan tapes produced by you, for the limited purpose of identifying and producing loan files. Aegis is a bankrupt originator of nearly 30,000 loans underlying the securitizations (the "Securitizations") in the above-referenced actions.

In response to a June 1, 2012 preservation letter from FHFA, Aegis replied that it was in the possession of loan files and was willing to identify and produce them to FHFA. In subsequent communications, Aegis has indicated that it may be dissolving its remaining operations and dismantling its systems as early as this October. Thus, it is critical to obtain relevant loan files before that time.

To date, Aegis has identified, and is in the process of retrieving, approximately 24,400 loan files underlying 16 Securitizations.[1] For approximately 2,750 loans, however, Aegis is unable to locate loan origination files without more information and has informed us that it may be able to find additional files if it is provided with non-public borrower information, such as borrower names, property addresses, and social security numbers, to query its systems. FHFA has received some of this information in the loan tapes that were produced in this litigation, which were designated as Confidential, pursuant to the Protective Order, dated May 30, 2012. Aegis does not qualify as one of the persons to whom Confidential Material may be disclosed. *See* Protective Order ¶ 7.3. As the originator of the loans at issue, however, Aegis is already in possession of the confidential borrower information which we now seek defendants' consent to

---

[1] The Securitizations for which Aegis originated loans include: MSM 2005-7; MLMI 2007-HE1; MLMI 2006-HE5; ABSHE 2006-HE1; ABSHE 2007-AE1; BSMF 2007-AR3; BSABS 2007-HE5; BSABS 2007-HE4; RASC 2006-KS9; AABST 2005-5; SACO 2007-2; ACE 2006-HE3; GSAMP 2007-HE2; HEAT 2006-HE2; HEAT 2007-1; NAA 2005-AR6.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

disclose.  We would make any disclosure subject to Aegis' agreement to be bound by the Protective Order.

Please let us know by August 9, 2012, whether the JPMorgan defendants, Goldman Sachs defendants, Credit Suisse defendants, Nomura defendants, and Barclays consent to such disclosure.


Sincerely,

Kanchana Wangkeo Leung
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

Christine H. Chung
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010


cc:     All Counsel of Record (via email)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

# Appendix A

| Party | Attorney Firm | Email Addresses |
|---|---|---|
| JP Morgan Chase & Co. and affiliated Defendants | Sullivan & Cromwell LLP | shanep@sullcrom.com<br>nelless@sullcrom.com<br>sedlakj@sullcrom.com<br>castlemand@sullcrom.com |
| Credit Suisse Securities (USA) LLC | Cravath, Swaine & Moore LLP | rclary@cravath.com<br>mreynolds@cravath.com<br>lmoskowitz@cravath.com<br>msilverstein@cravath.com |
| Goldman Sachs & Co. | Sullivan & Cromwell LLP | edelmant@sullcrom.com<br>klapperr@sullcrom.com<br>tomainom@sullcrom.com<br>razzaj@sullcrom.com<br>kleysteuberw@sullcrom.com |
| All *Barclays* Defendants | Sullivan & Cromwell LLP | scottj@sullcrom.com<br>braffd@sullcrom.com<br>frawleyb@sullcrom.com<br>fritschj@sullcrom.com |
| Nomura Holding America, Inc. and affiliated Defendants | Sullivan & Cromwell LLP | clarkb@sullcrom.com<br>davidoffa@sullcrom.com<br>dehoneyd@sullcrom.com |

# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FEDERAL HOUSING FINANCE AGENCY     :
AS CONSERVATOR FOR THE FEDERAL     :
NATIONAL MORTGAGE ASSOCIATION     :       11 Civ. 5201 (DLC)
AND THE FEDERAL HOME LOAN          :       11 Civ. 6188 (DLC)
MORTGAGE CORPORATION,              :       11 Civ. 6189 (DLC)
                                   :       11 Civ. 6190 (DLC)
                   Plaintiff,      :       11 Civ. 6192 (DLC)
                                   :       11 Civ. 6193 (DLC)
            v.                     :       11 Civ. 6195 (DLC)
                                   :       11 Civ. 6196 (DLC)
UBS AMERICAS INC., et al.,         :       11 Civ. 6198 (DLC)
                                   :       11 Civ. 6200 (DLC)
                   Defendants,     :       11 Civ. 6201 (DLC)
                                   :       11 Civ. 6202 (DLC)
and other FHFA cases.              :       11 Civ. 6203 (DLC)
                                   :       11 Civ. 6739 (DLC)
                                   :       11 Civ. 7010 (DLC)
                                   :       11 Civ. 7048 (DLC)
                                   :
                                   :       **ECF Cases**
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### **[PROPOSED] ORDER**

WHEREAS, on July 31, 2012 the Court ordered the parties to provide a status

report and proposed orders with respect to production by third-parties of loan files in the

supporting loan groups for the certificates at issue in these actions ("Loan Files");

WHEREAS, Defendants have served approximately 150 third-party subpoenas in

these actions containing requests for Loan Files;

WHEREAS, Defendants intend to serve additional third-party subpoenas

containing requests for Loan Files;

WHEREAS, Plaintiff has not served any third-party subpoenas in these actions containing requests for Loan Files, but has sought Loan Files through administrative subpoenas and other requests directed to third parties;

WHEREAS, the parties should work cooperatively to ensure timely production of Loan Files from third parties;

WHEREAS, the parties should seek judicial assistance if needed to ensure timely production of Loan Files from third parties;

WHEREAS, the parties should keep the Court informed regarding the status of Loan File production by third parties;

IT IS NOW HEREBY ORDERED as follows:

1.      Each party shall provide to all others by August 13, 2012 a list of any Loan Files in its possession, custody or control.

2.      Each party shall provide to all others by August 13, 2012 a list of any Loan Files it has requested, but not yet received, either informally or by subpoena (other than by subpoena in these actions pursuant to Federal Rule of Civil Procedure 45).  Each list shall indicate the entity to which the subpoena or other request was directed and the date of the request.  The parties shall notify one another of any future subpoenas or informal requests for Loan Files as they are made.

3.      The parties shall meet and confer regularly regarding the status of Loan File productions by third parties and to make efforts to prioritize, streamline and eliminate duplication in Loan File requests to third parties to the extent possible.

4.      The parties shall meet and confer regularly regarding whether judicial assistance is needed with respect to Loan File production from third parties, and each party shall seek judicial assistance promptly where it determines such assistance is needed.

5.      The parties shall provide an update to the Court at the August 30, 2012 case management conference regarding the status of Loan File production by third parties, including whether any third party is not cooperating, is delaying unreasonably, or refuses or claims to be unable to produce Loan Files.

SO ORDERED:

_____
Honorable Denise L. Cote
United States District Judge

Dated: August __, 2012

# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| FEDERAL HOUSING FINANCE AGENCY | : | |
| AS CONSERVATOR FOR THE FEDERAL | : | |
| NATIONAL MORTGAGE ASSOCIATION | : | 11 Civ. 5201 (DLC) |
| AND THE FEDERAL HOME LOAN | : | 11 Civ. 6188 (DLC) |
| MORTGAGE CORPORATION, | : | 11 Civ. 6189 (DLC) |
| | : | 11 Civ. 6190 (DLC) |
| Plaintiff, | : | 11 Civ. 6192 (DLC) |
| | : | 11 Civ. 6193 (DLC) |
| v. | : | 11 Civ. 6195 (DLC) |
| | : | 11 Civ. 6196 (DLC) |
| UBS AMERICAS INC., et al., | : | 11 Civ. 6198 (DLC) |
| | : | 11 Civ. 6200 (DLC) |
| Defendants, | : | 11 Civ. 6201 (DLC) |
| | : | 11 Civ. 6202 (DLC) |
| and other FHFA cases. | : | 11 Civ. 6203 (DLC) |
| | : | 11 Civ. 6739 (DLC) |
| | : | 11 Civ. 7010 (DLC) |
| | : | 11 Civ. 7048 (DLC) |
| | : | |
| | : | **ECF Cases** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>ORDER TO SHOW CAUSE</u>

WHEREAS, [Third-Party Subpoena Recipient] has received a subpoena to produce loan files in these actions;

WHEREAS, the Court has ordered that document discovery in these actions be substantially complete by September 30, 2012;

IT IS NOW HEREBY ORDERED as follows:

1.      [Third Party Subpoena Recipient] shall produce all loan files subject to a subpoena in these actions by [DATE].

2.      If [Third Party Subpoena Recipient] believes it is impracticable or would be unduly burdensome for it to produce all loan files subject to a subpoena in these actions by

[DATE], it shall appear before the Court (telephonically or in person, as the Court may direct) on

[DATE] at [TIME] and demonstrate good cause why it is not practicable or would be unduly

burdensome for it to produce all such loan files by [DATE].


SO ORDERED:

_____
Honorable Denise L. Cote
United States District Judge

Dated: August __, 2012