USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   11 Civ. 5201 (DLC)
                                        :   11 Civ. 6188 (DLC)
                                        :   11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :   11 Civ. 6190 (DLC)
                                        :   11 Civ. 6192 (DLC)
                    Plaintiff,          :   11 Civ. 6193 (DLC)
                                        :   11 Civ. 6195 (DLC)
       -v-                              :   11 Civ. 6196 (DLC)
                                        :   11 Civ. 6198 (DLC)
                                        :   11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,              :   11 Civ. 6201 (DLC)
                    Defendants;         :   11 Civ. 6202 (DLC)
                                        :   11 Civ. 6203 (DLC)
                                        :   11 Civ. 6739 (DLC)
And other FHFA cases.                   :   11 Civ. 7010 (DLC)
                                        :   11 Civ. 7048 (DLC)
                                        :
----------------------------------------X       ORDER
```

DENISE COTE, District Judge:

An Order of August 10 directed the parties to file reports regarding loan-file production on August 29 and scheduled a telephone conference for August 30 to discuss any outstanding production issues. As the August 29 submissions revealed no issues requiring the Court's attention, the August 30 telephone conference was adjourned sine die. It is hereby

ORDERED that the parties shall continue to meet and confer at least every two weeks regarding the status of loan-file production.

IT IS FURTHER ORDERED that upon identifying any issue with regard to loan-file production that would benefit from the

Court's attention, any party may raise that issue with the Court in a letter of no longer than two pages.

Dated:   New York, New York
         September 4, 2012

                                     _____
                                           DENISE COTE
                                    United States District Judge