UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                                          :
                              Plaintiff,  :
            -v-                           :    11 Civ. 5201 (DLC)
                                          :
UBS AMERICAS, INC., et al.,               :       ORDER
                                          :
                              Defendants. :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   Having reviewed the October 15 conference transcript and the November 5 submissions of the parties, it is hereby

   ORDERED that FHFA and UBS shall meet and confer in good faith in advance of the November 6 conference regarding UBS post-closing custodians in an effort to resolve their disputes on this issue. For each of its 81 custodians, UBS shall provide the custodian's title and describe the custodian's role in the organization during the post-closing period in sufficient detail to permit the parties to determine which of the 81 individuals may be appropriate custodians for the post-closing period search.

SO ORDERED:
Dated:   New York, New York
         November 5, 2012

                                    _____
                                            DENISE COTE
                                    United States District Judge