UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                                :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                                                :
                      Plaintiff,   :
          -v-                            :     11 Civ. 5201 (DLC)
                                                :
UBS AMERICAS, INC., et al.,            :     ORDER
                                                :
                    Defendants.  :
------------------------------------------X

DENISE COTE, District Judge:

    Under the Court's revised pretrial scheduling Order of November 26, 2012, any summary judgment motion in this action must be filed by September 6, 2013.  It is hereby

    ORDERED that courtesy copies of all briefing submitted in connection with any motion for summary judgment shall be supplied to Chambers at the time the papers are served, by the party submitting them.  The parties shall also submit one hard copy and one electronic copy of any accompanying exhibits.  This Order abrogates the Court's usual practice of requiring that the moving party submit courtesy copies of all motion papers at the time any Reply is served.

    SO ORDERED:

Dated:    New York, New York
           April 30, 2013

                                          /s/ Denise Cote
                                            DENISE COTE
                                United States District Judge