```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   11 Civ. 5201 (DLC)
                                        :   11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :   11 Civ. 6189 (DLC)
                                        :   11 Civ. 6190 (DLC)
                    Plaintiff,          :   11 Civ. 6192 (DLC)
                                        :   11 Civ. 6193 (DLC)
          -v-                           :   11 Civ. 6195 (DLC)
                                        :   11 Civ. 6196 (DLC)
                                        :   11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,              :   11 Civ. 6200 (DLC)
                    Defendants;         :   11 Civ. 6201 (DLC)
                                        :   11 Civ. 6202 (DLC)
                                        :   11 Civ. 6203 (DLC)
And other FHFA cases.                   :   11 Civ. 6739 (DLC)
                                        :   11 Civ. 7010 (DLC)
                                        :
----------------------------------------X       ORDER
```

DENISE COTE, District Judge:

On May 1, 2013, the parties jointly submitted to the Court a proposed extension of the briefing schedule established in the Court's Order of April 30. It is hereby

ORDERED that any brief on the legal issues mentioned in the Court's April 30 Order by defendants shall be served by **May 8, 2013**. Plaintiff's opposition shall be served by **May 15, 2013**. Defendants' reply shall be served by **May 20, 2013**, at **noon**.

Dated:   New York, New York
         May 1, 2013

                                   _____
                                              DENISE COTE
                                   United States District Judge