```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    11 Civ. 5201 (DLC)
                                        :    11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6189 (DLC)
                                        :    11 Civ. 6190 (DLC)
                    Plaintiff,          :    11 Civ. 6192 (DLC)
                                        :    11 Civ. 6193 (DLC)
         -v-                            :    11 Civ. 6195 (DLC)
                                        :    11 Civ. 6196 (DLC)
                                        :    11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,              :    11 Civ. 6200 (DLC)
                                        :    11 Civ. 6201 (DLC)
                    Defendants;         :    11 Civ. 6202 (DLC)
                                        :    11 Civ. 6203 (DLC)
And other FHFA cases.                   :    11 Civ. 6739 (DLC)
                                        :    11 Civ. 7010 (DLC)
                                        :
----------------------------------------X         ORDER
```

DENISE COTE, District Judge:

It is hereby

ORDERED that, at the request of counsel, the telephone conference to discuss the Rating Agencies' compliance with FHFA's subpoenas previously scheduled for May 15 at 10:30 a.m. is adjourned to **May 20, 2013**, at **11:30 a.m.**

Dated:   New York, New York
         May 8, 2013

_____
DENISE COTE
United States District Judge