LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

STEVEN M. CADY
(202) 434-5321
scady@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 13, 2013

Via Electronic Mail (CoteNYSDchambers@nysd.uscourts.gov)

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1610
New York, New York 10007-1312

    Re:    *FHFA v. UBS Americas Inc. et al.*, 11 Civ. 5201 (DLC), et al.

Dear Judge Cote:

        I write on behalf of relevant Defendants in response to Plaintiff's May 10, 2013 letter regarding collection of loan files from nonparty Ocwen Loan Servicing, LLC. Defendants continue to work with Ocwen and Plaintiff's counsel to secure the balance of Ocwen's production of loan files on or before May 24, 2013. As Plaintiff's counsel indicated, discussions are ongoing, and Ocwen has indicated that the balance of its production is imminent. Under these circumstances, an advisory order is not needed, and the form of extraordinary relief proposed by Plaintiff is particularly objectionable. *See also* J. Cote Individual Practices, 2.C. Defendants will apprise the Court if the Court's assistance on this matter becomes needed.

        Respectfully submitted,

        Steven M. Cady

cc:    Counsel of record