SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2628
DIRECT FAX
(917) 777-2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 16, 2013

**BY EMAIL**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE:    FHFA v. UBS Americas Inc., et al., 11-cv-5201 (DLC)

Dear Judge Cote:

On behalf of defendants in the above-referenced action (the "UBS Defendants"), we write in connection with FHFA's letter to the Court dated May 15, 2013, and to follow-up on the UBS Defendants' letter to the Court, submitted earlier today. At 12:44 PM, after the UBS Defendants submitted their letter to the Court, FHFA emailed the UBS Defendants and requested a meet-and-confer on the issues raised in FHFA's May 15 letter, and the UBS Defendants' May 16 letter. *See* Exhibit A. The UBS Defendants respectfully submit that FHFA's request to meet-and-confer confirms that its application to this Court was premature, and respectfully request that the Court deny FHFA's application, without prejudice, for failure to exhaust the meet-and-confer process. The UBS Defendants will, of course, meet-and-confer with FHFA in an attempt to resolve these issues without the Court's intervention.

Respectfully submitted,

Jay B. Kasner

cc:    All counsel of record (by email)