UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
                                            :   11 Civ. 5201 (DLC)
                                            :   11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,             :   11 Civ. 6189 (DLC)
                                            :   11 Civ. 6190 (DLC)
                    Plaintiff,              :   11 Civ. 6192 (DLC)
                                            :   11 Civ. 6193 (DLC)
        -v-                                 :   11 Civ. 6195 (DLC)
                                            :   11 Civ. 6198 (DLC)
                                            :   11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,                  :   11 Civ. 6201 (DLC)
                                            :   11 Civ. 6202 (DLC)
                    Defendants;             :   11 Civ. 6203 (DLC)
                                            :   11 Civ. 6739 (DLC)
And other FHFA cases.                       :   11 Civ. 7010 (DLC)
                                            :
                                            :   SCHEDULING ORDER
--------------------------------------------X

DENISE COTE, District Judge:

   Trials in FHFA v. Credit Suisse Holdings (USA), Inc., et al., 11 Civ. 6200 (DLC); FHFA v. Deutsche Bank AG, et al., 11 Civ. 6192 (DLC); and FHFA v. Goldman, Sachs & Co., et al., 11 Civ. 6198 (DLC) (the "Tranche 3" cases) are scheduled to begin on September 29, 2014.  It is hereby

ORDERED that if any of these trials do not occur because of settlement, or are conducted earlier due to a settlement in another one of these actions, one of these three Tranche 4 cases will be tried in its place: FHFA v. Morgan Stanley, et al., 11 Civ. 6739 (DLC); FHFA v. HSBC North America Holdings, Inc., et al., 11 Civ. 6189 (DLC); or FHFA v. Ally Financial Inc., et al., 11 Civ. 7010 (DLC).

Dated:   New York, New York
         July 12, 2013

                                  _____
                                         DENISE COTE
                                  United States District Judge