```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
RESIDENTIAL CAPITAL, LLC, et al.,       :
                                        :    12 Civ. 5116 (DLC)
              Debtors-Plaintiffs,       :
                                        :         ORDER
         -v-                            :
                                        :
FEDERAL HOUSING FINANCE AGENCY,         :    Also filed in
                                        :    11 Civ. 5201 (DLC)
              Defendant.                :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 15, 2013, the Court of Appeals for the Second Circuit issued a Summary Order remanding this case to this Court for further proceedings. On July 16, counsel for debtors-plaintiffs wrote to the Court seeking leave to file a short letter submission concerning the remanded issues. It is hereby

ORDERED that debtors-plaintiffs shall provide a submission of no more than five pages by July 22, 2013.

IT IS FURTHER ORDERED that defendant's responsive submission shall be limited to five pages and shall be served by July 29, 2013.

IT IS FURTHER ORDERED that any reply be no more than two pages and be served by July 31, 2013.

SO ORDERED:

Dated:   New York, New York
         July 17, 2012

                                    _____
                                         DENISE COTE
                                    United States District Judge