UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

          Plaintiff,

      v.

UBS AMERICAS INC., *et al.*,

          Defendants.
------------------------------------------x

11 Civ. 5201 (DLC)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff Federal Housing Finance Agency and Defendants UBS Americas, Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran, and Peter Slagowitz have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs except to the extent directed by the Court's Opinion & Order of March 26, 2013.

So ordered.

*[signature]*
July 30, 2013

Dated: New York, New York
       July 26, 2013

[signature]
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
Jordan A. Goldstein
(jordangoldstein@quinnemanuel.com)
David B. Schwartz
(davidschwartz@quinnemanuel.com)
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax. (212) 849-7100

*Attorneys for Plaintiff
Federal Housing Finance Agency*

[signature]
Jay B. Kasner
(jay.kasner@skadden.com)
Scott D. Musoff
(scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Four Times Square
New York, New York 10036
Tel. (212) 735-3000
Fax (212) 735-2000

*Attorneys for the UBS Defendants*

SO ORDERED:

_____
U.S.D.J.